IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander, Samuel M | Case Number:  04 B 08259 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/19/08 | Filed:  3/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  August 1, 2008
Confirmed:  May 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 45,289.00 | |
| Secured: | | 11,320.95 |
| Unsecured: | | 28,518.36 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 2,254.88 |
| Other Funds: | | 994.81 |
| Totals: | 45,289.00 | 45,289.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,200.00 | 2,200.00 |
| 2. | Hyundai Motor Finance | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Secured | 7,038.28 | 7,038.28 |
| 4. | Ford Motor Credit Corporation | Secured | 3,782.67 | 3,782.67 |
| 5. | Monterey Financial Services | Secured | 500.00 | 500.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,415.28 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 4,855.67 | 4,855.67 |
| 8. | RoundUp Funding LLC | Unsecured | 6,061.51 | 6,061.51 |
| 9. | Monterey Financial Services | Unsecured | 435.00 | 435.00 |
| 10. | ECast Settlement Corp | Unsecured | 11,241.04 | 11,241.04 |
| 11. | RoundUp Funding LLC | Unsecured | 1,598.91 | 1,598.91 |
| 12. | Blair Corporation | Unsecured | 531.47 | 531.47 |
| 13. | Capital One | Unsecured | 208.29 | 208.29 |
| 14. | RoundUp Funding LLC | Unsecured | 1,372.20 | 1,372.20 |
| 15. | Capital One | Unsecured | 2,214.27 | 2,214.27 |
| 16. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 17. | University of Chicago | Unsecured | | No Claim Filed |
| 18. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | $ 43,454.59 | $ 42,039.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 238.41 |
| 6.5% | 508.80 |
| 3% | 90.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alexander, Samuel M

Printed: 8/19/08

Case Number: 04 B 08259
Judge: Wedoff, Eugene R
Filed: 3/3/04

|       |        |
|-------|--------|
| 5.5%  | 440.42 |
| 5%    | 124.24 |
| 4.8%  | 191.64 |
| 5.4%  | 660.69 |
|       | _____ |
|       | $ 2,254.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____